# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 02, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-30209   Sibley v. Dick
                 USDC No. 3:23-CV-24

The court has granted the motion for leave to file electronically as a pro se party (as to Melanie Jerusalem) in this case.

In light of the court granting your motion to proceed as a pro se filer in this case only, if you do not already have full electronic filing access you must follow the instructions at http://www.ca5.uscourts.gov/docs/prosefiler.pdf

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Roeshawn Johnson, Deputy Clerk
                    504-310-7998

Mr. Howard Gary Brown
Mr. Justin Lewis Furrow
Mrs. Katherine Krupa Green
Ms. Melanie Jerusalem
Ms. Karen Julian King
Mr. Brandon Albert Sibley
Mr. Chase Evan Zachary