# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 11, 2025

Ms. Melanie Jerusalem
5130 Woodside Drive
Baton Rouge, LA 70808

Mr. Brandon Albert Sibley
17517 Cline Drive
Maurepas, LA 70449

          No. 25-30209     Sibley v. Dick
                           USDC No. 3:23-CV-24

Dear Ms. Jerusalem, Mr. Sibley,

Your appeal is deficient for the following reason(s):

You have not filed your brief. FED. R. APP. P.28

The deadline to file the appellant's brief expired on June 2, 2025,
see Fed. R. App. P. 31(a)(1). A motion to file the brief out of
time along with your brief is required.

You must correct all outstanding deficiencies within 15 days of
the date of this letter or your appeal will be dismissed pursuant
to 5th Cir. R. 42.3.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

cc:  Mr. Howard Gary Brown
     Mr. Justin Lewis Furrow
     Mrs. Katherine Krupa Green
     Ms. Karen Julian King
     Mr. Chase Evan Zachary