# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 27, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-30209   Sibley v. Dick
                 USDC No. 3:23-CV-24

The court has granted Ms. Melanie Jerusalem's motion to file brief out of time in this case. The brief will be filed as of today's date on Appellant's behalf.

                Sincerely,

                LYLE W. CAYCE, Clerk

                    *Rebecca Andry*
        By: _____
        Rebecca Andry, Deputy Clerk
        504-310-7638

Mr. Howard Gary Brown
Mr. Justin Lewis Furrow
Mrs. Katherine Krupa Green
Ms. Melanie Jerusalem
Ms. Karen Julian King
Mr. Brandon Albert Sibley
Mr. Chase Evan Zachary