# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Case No. 25-30209

**Howard Gary Brown; Brandon Albert Sibley; Melanie Jerusalem,**

        Plaintiffs - Appellants

v.

**Shelley D. Dick, in both Individual & Official Administrative Capacity; William Brown, United States Marshal, in both Individual & Official capacity; Jeff B. , United States Marshal, in both his Individual & Official Capacity; Merrick Garland, U.S. Attorney General, In his official capacity; Ronald L. Davis, in his official capacity as Director, United States Marshal's Service; Metropolitan Security Services, Incorporated, also known as Walden Security; Michael Attaway, in both Individual & Official capacity; Jeff Bowie, United States Marshal, in both his Individual & Official Capacity,**

        Defendants - Appellees

## APPELLEE'S MOTION FOR AN
## EXTENSION OF TIME IN WHICH TO FILE BRIEF

NOW INTO COURT, comes Appellee, Shelly D. Dick, by and through Alexander C. Van Hook, Acting United States Attorney for the Western District of Louisiana, and Karen J. King, Assistant United States Attorney, who files this motion for a seven (7) day extension of

time, to and including July 11, 2025, within which to file Appellee, Shelly D. Dick's Brief, and in support of which would respectfully show the Court as follows:

1.

Counsel for Appellee Shelly D. Dick prepared for and completed a trial in another matter the week of June 23 and must also prepare for oral argument in U.S. District Court in another matter on July 1.

2.

According to the Fifth Circuit General Docket in the above case, Appellee's Brief is due on June 30, 2025.

3.

The undersigned counsel needs a brief extension of time to complete and obtain review of Appellee, Shelly D. Dick's brief in this matter.

4.

This is Appellee's first request for an extension, and counsel will exercise diligence in preparing the Brief in the time requested.

6.

Appellants are *pro se*, and Counsel for Appellee has conferred with Appellant Howard Brown, and obtained consent to the filing of this motion or the proposed extension of time of filing Appellee's Brief. In

addition, Counsel for the remaining Appellees do not oppose the instant motion.

WHEREFORE, for the foregoing reasons, Appellee, Shelly D. Dick respectfully moves this Court to grant a seven (7) day extension of time, to and including July 11, 2025, to file Appellee's Brief.

Respectfully submitted,

ALEXANDER C. VAN HOOK
ACTING UNITED STATES ATTORNEY

BY:  *s/Karen J. King*
KAREN J. KING (#23508)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana  70501
Telephone:	(337) 262-6618
Facsimile: (337) 262-6693
Email:  karen.king@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2025, from Lafayette, Louisiana, a copy of the foregoing *Appellee Shelly D. Dick's Motion for Extension of time in which to file brief* was filed electronically with the Fifth Circuit Court of Appeals using the electronic filing system. Notice of this filing will be sent to all registered users by operation of the court's electronic filing system. The following individuals were also served by

- 4 -

U.S. Mail:

Brandon Albert Sibley
17517 Cline Drive
Maurepas, LA 70449

                                                s/Karen J. King
                                                KAREN J. KING (#23508)
                                                Assistant United States Attorney

- 5 -

## **CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because:

    (a) This motion contains **419** words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    (a) This motion has been prepared in a proportionally-spaced typeface using:

    Software Name and Version – **Microsoft Word Office 365**;

    in Typeface Name and Font Size - **Century Schoolbook 14 pt.**


*s* s/Karen J. King                              June 27, 2025
KAREN J. KING (#23508)                 Date
Assistant United States Attorney