# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 19, 2025

Mr. Howard Gary Brown
C/O 1003 W. Michigan Drive
Hammond, LA 70401

Mr. Justin Lewis Furrow
Chambliss, Bahner & Stophel, P.C.
605 Chestnut Street
Liberty Tower
Suite 1700
Chattanooga, TN 37450

Ms. Karen Julian King
U.S. Attorney's Office
Western District of Louisiana
800 Lafayette Street
Suite 2200
Lafayette, LA 70501-6832

Mr. Chase Evan Zachary
U.S. Attorney's Office
Middle District of Louisiana
451 Florida Street
Suite 300
Baton Rouge, LA 70801

    No. 25-30209    Sibley v. Dick
                     USDC No. 3:23-CV-24

Dear Mr. Brown, Mr. Furrow, Ms. King, Mr. Zachary,

You must submit the 6 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

**The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Apellant's reply brief must be gray**.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Kim M. Pollard, Deputy Clerk
504-310-7635

cc:
    Mrs. Katherine Krupa Green
    Ms. Melanie Jerusalem
    Mr. Brandon Albert Sibley