# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 13, 2025

Lyle W. Cayce
Clerk

No. 25-30209

Brandon Albert Sibley; Howard Gary Brown; Melanie Jerusalem,

    *Plaintiffs—Appellants*,

*versus*

Shelly D. Dick, *in both Individual & Official Administrative Capacity*; William Brown, *United States Marshall, in both Individual & Official capacity*; Jeff B., *United States Marshal, in both his Individual and & Official Capacity*; Merrick Garland, *U.S. Attorney General, In his official capacity*; Ronald L. Davis, *in his official capacity as Director, United States Marshals Service*; Metropolitan Security Services, Incorporated, *also known as* Walden Security; Michael Attaway, *in both Individual & Official capacity*; Jeff Bowie, *United States Marshal, in both his Individual & Official Capacity*,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:23-CV-24

_____

No. 25-30209

Before WIENER, ENGELHARDT, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Plaintiffs Brandon Albert Sibley, Howard Gary Brown, and Melanie Jerusalem challenge a series of COVID-era administrative orders issued by the Chief Judge of the United States District Court for the Middle District of Louisiana. Those orders have since been rescinded. The district court dismissed all claims with prejudice. This court has reviewed the parties' briefs, the record, the district court's opinions, and the applicable law. Plaintiffs have identified no reversible error in the district court's orders dismissing their claims. We also find that plaintiffs' discovery-related and procedural claims are meritless.

AFFIRMED.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.