# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 13, 2025
Lyle W. Cayce
Clerk

No. 25-30209

BRANDON ALBERT SIBLEY; HOWARD GARY BROWN; MELANIE JERUSALEM,

*Plaintiffs—Appellants*,

*versus*

SHELLY D. DICK, *in both Individual & Official Administrative Capacity*; WILLIAM BROWN, UNITED STATES MARSHALL, *in both Individual & Official capacity*; JEFF B., UNITED STATES MARSHAL, *in both his Individual and & Official Capacity*; MERRICK GARLAND, *U.S. Attorney General, In his official capacity*; RONALD L. DAVIS, *in his official capacity as Director, United States Marshals Service*; METROPOLITAN SECURITY SERVICES, INCORPORATED, *also known as Walden Security*; MICHAEL ATTAWAY, *in both Individual & Official capacity*; JEFF BOWIE, UNITED STATES MARSHAL, *in both his Individual & Official Capacity*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:23-CV-24

JUDGMENT

Before Wiener, Engelhardt, and Oldham, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

**Certified as a true copy and issued as the mandate on Jan 05, 2026**

**Attest:** *Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**